People of State of Illinois ex rel. F. J. Groff et al., Appellants, v. Board of Education of Crossville Community High School District No. 120, White County, Appellee.

Term No. 4,308.

Heard in this court at the February term, 1945; opinion filed April 25, 1945; released for publication May 26, 1945. Albert McCallister, State's Attorney, Kern, Pearce & Pearce and Hefner & Harris, for appellants; Ulys Pyle and Cyril C. Endicott, for appellee. Opinion by PRESIDING JUSTICE BRISTOW. Not to be published in full.